UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD, | No. 2:16-cv-2767 DB P |
| Plaintiff, | |
| v. | ORDER |
| M. THOMPSON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. By order dated December 5, 2016, plaintiff was directed to submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. (ECF No. 4.) Plaintiff has now filed a document entitled "Inmate Balance History Report – Simple," which appears to reflect the balances in plaintiff's trust account from 2014 to December 5, 2016. (ECF No. 8.) Plaintiff has not, however, filed a certified copy of his trust account statement. See 28 U.S.C. § 1915(a)(2). Plaintiff will be provided the opportunity to submit the certified copy in support of his application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the

1

1 complaint. Plaintiff's failure to comply with this order, or pay the filing fee, may result in a
2 recommendation that this action be dismissed without prejudice.
3    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
4 Forma Pauperis By a Prisoner.
5 Dated: December 29, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Leon2767.3e