UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK E. LEONARD,<br><br>Plaintiff,<br><br>v.<br><br>M. THOMPSON, et al.,<br><br>Defendants. | No. 2:16-cv-2767 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action. Plaintiff alleges an Eighth Amendment claim of failure to protect and a claim that his due process rights were violated in a disciplinary hearing. Each defendant has filed a motion for summary judgment (ECF Nos. 41, 42), plaintiff has filed a cross motion and response to defendants' motions (ECF No. 46), and defendants have each filed a response (ECF Nos. 47, 48).

Defendant Thompson relies on plaintiff's February 23, 2018 deposition in his response to plaintiff's cross-motion for summary judgment and produced a portion of the deposition to support its contention. (ECF No. 47-1 at 1, 18.) Defendants stated that a deposition transcript was electronically submitted to the undersigned's chambers and a copy was also served on plaintiff. (ECF Nos. 41-7, 42-6.)

Local Rule 133(j) provides in part that "counsel relying on a deposition shall ensure that a courtesy hard copy of the entire deposition so relied upon has been submitted to the Clerk for use in chambers. Alternatively, counsel relying on a deposition may submit an electronic copy of the

deposition in lieu of the courtesy paper copy to the e-mail box of the Judge or Magistrate Judge and concurrently email or otherwise transmit the deposition to all other parties." There is no record indicating a courtesy copy was submitted to the court and the undersigned has not received an electronic copy of the deposition. Accordingly, counsel for defendant will be directed to provide the court with a copy of the entire deposition transcript.

IT IS HEREBY ORDERED that counsel for defendants shall comply with Local Rule 133(j) and submit a courtesy copy of the deposition transcript or email an electronic copy of the transcript to dborders@caed.uscourts.gov no later than March 7, 2019.

Dated: February 27, 2019

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DB/orders/prisoner-civil rights/leon2767.depo.trans